IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ROYAL DOUGLAS ROBINSON, TDCJ No. 02066342, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 7:18-cv-142-O |
| KENYON PAGE, et al., | | |
| Defendants. | | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's federal constitutional and statutory claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

To the extent, if any, that Plaintiff states claims of medical negligence, such claims are **DISMISSED** without prejudice.

**SIGNED** this **28th day** of **September, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE